DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Mortgage Fund IVC Trust 2016-RN5*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MORTGAGE FUND IVC TRUST 2016-RN5,<br><br>Plaintiff,<br><br>vs.<br><br>DEWEY D. BROWN; REPUBLIC SILVER STATE DISPOSAL, INC. DBA REPUBLIC SERVICES; LILLIAN R. BROWN; SATICOY BAY LLC SERIES 2175 CLEARWATER LAKE; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02309-KJD-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO SATICOY BAY LLC SERIES 2175 CLEARWATER LAKE'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff Mortgage Fund IVC Trust 2016-RN5 (**The Trust**), and Defendant, Saticoy Bay LLC Series 2175 Clearwater Lake (**Saticoy Bay**), hereby stipulate and agree that plaintiff shall have an additional fourteen (14) days, up to and including **November 14, 2017**, to file its response to Saticoy Bay's motion to dismiss, which is currently due on October 31, 2017, pursuant to ECF No. 8. Saticoy Bay's motion to dismiss was filed on October 17, 2017.

43266689;1

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 31st day of October, 2017.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ. LTD.** |
|---|---|
| /s/Natalie L. Winslow<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Mortgage Fund IVC Trust 2016-RN5* | */s/Michael F. Bohn*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>376 E. Warm Springs Road, Suite 140<br>Las Vegas, NV 89119<br><br>*Attorneys for Saticoy Bay LLC Series 2175 Clearwater Lake* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: November 1, 2017

2

43266689;1