DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Mortgage Fund IVC Trust 2016-RN5*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MORTGAGE FUND IVC TRUST 2016-RN5,<br><br>Plaintiff,<br><br>vs.<br><br>DEWEY D. BROWN; REPUBLIC SILVER STATE DISPOSAL, INC. DBA REPUBLIC SERVICES; LILLIAN R. BROWN; SATICOY BAY LLC SERIES 2175 CLEARWATER LAKE; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-02309-KJD-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Mortgage Fund IVC Trust 2016-RN5 (the **Trust**), and Saticoy Bay LLC Series 2175 Clearwater Lake (**Saticoy Bay**) hereby stipulate and agree that both the Trust and Saticoy Bay shall have an additional fourteen (14) days, up to and including **March 25, 2019**, to file their replies in support of their motions for summary judgment. Both replies are currently due on March 11, 2019, pursuant to ECF Nos. 38 and 39. The Trust's motion was filed February 4, 2019 [ECF No. 36], and Saticoy Bay's response was filed on February 25, 2019 [ECF No. 38]. Saticoy Bay's motion was filed on February 4, 2019 [ECF No. 37], and the Trust's response was filed on February 25, 2019 [ECF No. 39].

. . .

*Mortgage Fund IVC Trust 2016-RN5 vs. Dewey D. Brown*
*2:17-cv-02309-KJD-PAL*

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 26th day of February, 2019.

| **AKERMAN LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
|---|---|
| */s/Natalie L. Winslow* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Mortgage Fund IVC Trust 2016-RN5* | */s/Michael F. Bohn* <br> MICHAEL F. BOHN, ESQ. <br> Nevada Bar No. 1641 <br> ADAM R. TRIPPIEDI, ESQ. <br> Nevada Bar No. 12294 <br> 2260 Corporate Circle, Suite 480 <br> Henderson, NV 89074 <br><br> *Attorneys for Saticoy Bay LLC Series 2175 Clearwater Lake* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: 2/27/2019

{38615645;1}
48073553;1

2