DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  jamie.combs@akerman.com

*Attorneys for Mortgage Fund IVC Trust 2016-RN5*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MORTGAGE FUND IVC TRUST 2016-RN5,<br><br>         Plaintiff,<br><br>vs.<br><br>DEWEY D. BROWN; REPUBLIC SILVER STATE DISPOSAL, INC. DBA REPUBLIC SERVICES; LILLIAN R. BROWN; SATICOY BAY LLC SERIES 2175 CLEARWATER LAKE; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>         Defendants. | Case No. 2:17-cv-02309-KJD-BNW<br><br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND RESPONSES TO SATICOY BAY LLC SERIES 2175 CLEARWATER LAKE'S MOTIONS FOR 54(b) DETERMINATION AND RENEWED MOTION TO ALTER OR AMEND**<br><br>**(FIRST REQUEST)** |

Mortgage Fund IVC Trust 2016-RN5 (**Trust**), and Saticoy Bay LLC Series 2175 Clearwater Lake (**Saticoy Bay**), hereby stipulate and agree that Trust shall have an additional fourteen (14) days, up to and including **April 23, 2020**, to file its reply in support of motion for summary judgment on judicial foreclosure claim, response to Saticoy Bay's motion for FRCP 54(b) determination and response to Saticoy Bay's renewed motion to alter or amend, which are currently due on April 9, 2020, pursuant to ECF Nos. 69, 70, and 71.

The request is in order to allow the Trust an opportunity for additional time to review, research, and diligently respond to the pending motions, in light of current obligations and external issues, including, without limitation, delays caused by COVID-19 related closures. This is the

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    parties' first request for an extension of this deadline, and is not intended to cause any delay or

2    prejudice to any party.

3              DATED this _9th_ day of April, 2020.

| AKERMAN LLP | LAW OFFICE OF MICHAEL F. BOHN |
|---|---|
| _/s/ Jamie K. Combs_____ | _/s/ Michael F. Bohn_____ |
| DARREN T. BRENNER, ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 1641 |
| JAMIE K. COMBS, ESQ. | ADAM R. TRIPPIEDI, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 12294 |
| 1635 Village Center Circle, Suite 200 | 376 East Warm Springs Road, Suite 140 |
| Las Vegas, NV 89134 | Las Vegas, NV 89119 |
| *Attorneys for Mortgage Fund IVC Trust 2016-RN5* | *Attorneys for Saticoy Bay LLC Series 2175 Clearwater Lake* |

**ORDER**

   **IT IS SO ORDERED:**

                            _____
                            **UNITED STATES DISTRICT COURT JUDGE**

                            DATED: April 10, 2020
                            _____

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

52655063;1