ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
ROGER P. CROTEAU & ASSOCIATES, LTD
2810 W. Charleston Blvd., Ste. 75
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
chris@croteaulaw.com
Attorneys for Defendant Saticoy Bay LLC Series
2175 Clearwater Lake

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

| | |
|---|---|
| MORTGAGE FUND IVC TRUST 2016 RN5, | CASE NO.: 2:17-cv-02309- KJD-PAL |
| Plaintiff, | |
| vs. | |
| DEWEY D. BROWN; REPUBLIC SILVER STATE DISPOSAL, INC. DBA REPUBLIC SERVICES; LILLIAN R. BROWN; SATICOY BAY LLC SERIES 2175 CLEARWATER LAKE; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

**STIPULATION TO SUBSTITUTE ATTORNEYS**

COMES NOW, Defendant, SATICOY BAY LLC SERIES 2175 CLEARWATER LAKE, a Nevada limited liability company, and hereby stipulates to substitute counsel as follows:

1

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 2810 West Charleston Blvd, Suite 75 • Las Vegas, Nevada 89102 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

ROGER P. CROTEAU & ASSOCIATES, LTD., is hereby substituted as attorneys for Defendant, SATICOY BAY LLC SERIES 2175 CLEARWATER LAKE, established under SATICOY BAY LLC, a Nevada limited liability company managed by BAY HARBOR TRUST, a trust of unknown origins, EDDIE HADDAD as authorized agent of the Trustee, in the above entitled action, in the place and stead of LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

Dated this _____ day of May, 2020.

_____
SATICOY BAY LLC SERIES 2175
CLEARWATER LAKE established under SATICOY BAY, LLC,
BY: EDDIE HADDAD, authorized agent of BAY HARBOR TRUST, as Trustee

I hereby consent to the above and foregoing substitution.

Dated this _____ day of May, 2020.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD

_____
MICHAEL F. BOHN, ESQ.
Nevada State Bar No. 1641
NIKOLL NIKCI
Nevada State Bar No. 10699
ADAM R. TRIPPIEDI, ESQ.
Nevada State Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
Tel: (702) 642-3113

I hereby accept the above and foregoing substitution as attorney for Defendant, SATICOY BAY LLC SERIES 2175 CLEARWATER LAKE, established under SATICOY BAY LLC, a Nevada limited liability company managed by BAY HARBOR TRUST, a trust of unknown origins, EDDIE HADDAD as authorized agent of the Trustee, in the above entitled action.

ROGER P. CROTEAU & ASSOCIATES, LTD., is hereby substituted as attorneys for Defendant, SATICOY BAY LLC SERIES 2175 CLEARWATER LAKE, established under SATICOY BAY LLC, a Nevada limited liability company managed by BAY HARBOR TRUST, a trust of unknown origins, EDDIE HADDAD as authorized agent of the Trustee, in the above entitled action, in the place and stead of LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

Dated this 22nd day of May, 2020.

_____
SATICOY BAY LLC SERIES 2175 CLEARWATER LAKE established under SATICOY BAY, LLC,
BY: EDDIE HADDAD, authorized agent of BAY HARBOR TRUST, as Trustee

I hereby consent to the above and foregoing substitution.

Dated this 22nd day of May, 2020.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD

*/s/ Michael F. Bohn*
MICHAEL F. BOHN, ESQ.
Nevada State Bar No. 1641
NIKOLL NIKCI
Nevada State Bar No. 10699
ADAM R. TRIPPIEDI, ESQ.
Nevada State Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
Tel: (702) 642-3113

I hereby accept the above and foregoing substitution as attorney for Defendant, SATICOY BAY LLC SERIES 2175 CLEARWATER LAKE, established under SATICOY BAY LLC, a Nevada limited liability company managed by BAY HARBOR TRUST, a trust of unknown origins, EDDIE HADDAD as authorized agent of the Trustee, in the above entitled action.

Dated this 22nd day of May, 2020.

ROGER P. CROTEAU & ASSOCIATES, LTD.

*/s/ Christopher L. Benner*
ROGER P. CROTEAU, ESQ.
Nevada State Bar No. 4958
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
2810 West Charleston Blvd., Ste. 75
Las Vegas, Nevada 89102
Tel: (702) 254-7775
Attorneys for Defendant Saticoy Bay LLC Series 2175 Clearwater Lake

Counsel hereby acknowledges Local Rule IA 11-6(b), which provides that no attorney may withdraw after appearing in this case except by leave of court after notice is served on the affected client and opposing counsel. Local Rule IA 11-6(c) specifies the manner in which a stipulation to substitute attorneys shall be presented and provides that the attorneys' stipulation to substitute "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or any court order." Subparagraphs (d) and (e) explicitly provide that discharge, withdrawal, or substitution of an attorney shall not alone be reason for delay of pretrial proceedings, discovery, or trial, and that except for good cause shown, no withdrawals will be approved if delay would result.

IT IS SO ORDERED

DATED: 6:01 pm, May 26, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

3